UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:

Case No.: 15-26315-RBR

BREATTA ASHLEY SENICAL,

Chapter 13

Debtor.
_________________________/

**DEBTOR'S MOTION TO VACATE DISMISSAL AND REINSTATE CASE**

Debtor, Breatta Ashley Senical, by and through her undersigned counsel, files this Motion to Vacate Dismissal and Reinstate Case, and in support thereof states as follows:

1. Debtor filed a Voluntary Petition for relief under Chapter 13, Title 11 of the United States Code, on September 10, 2015.

2. Pursuant to Local Rule 1017-2(A)(1)(b), Debtor filed complete Schedules, Statement of Financial Affairs, and a Chapter 13 plan, and the case was confirmed.

3. Debtor received a Notice of Delinquency from the Chapter 13 Trustee requiring the Debtor to become current under her amended chapter 13 plan by February 26, 2017. The delinquent amount was sent to the Trustee's lockbox on February 24, 2017, but was not cashed until March 2, 2017.

4. On February 28, 2017, the Trustee declared non-compliance by the Debtor, and the case was dismissed on March 1, 2017.

5. The undersigned is holding the March 2017 payment, which is the current payment due, since the plan was brought current through February 2017.

6. No party is expected to be prejudiced by this relief sought herein.

**CERTIFICATION OF FUNDS**

Undersigned counsel is holding funds for the current payment due for March, 2017, and

Debtor will provide any additional payments due prior to the hearing, all of said funds will be sent to the trustee's lock box upon reinstatement of the case.

WHEREFORE Debtor, Breatta Ashley Senical, respectfully requests the entry of an Order Reinstating this case and for all further relief this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on March 15, 2017, this Motion to Vacate Dismissal and Reinstate Case [ECF No. 84] was served by transmission of Notices of Electronic Filing generated by CM/ECF to:

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov;

Robin R. Weiner ecf@ch13weiner.com;ecf2@ch13weiner.com;

Matthew I. Rochman Matthew.Rochman@usdoj.gov, shannon.patterson@usdoj.gov; and

Anthony D. Colunga anthonyc@w-legal.com, bncmail@w-legal.com.

I ALSO HEREBY CERTIFY that, on March 15, 2017, this Motion to Vacate Dismissal and Reinstate Case [ECF No. 84] was served by U.S. Mail to the parties on the attached service list.

Respectfully submitted,

By: /s/ *Angelena M. Root*

Angelena M. Root
Florida Bar No.: 101751
1931 Cordova Road, #303
Fort Lauderdale, FL 33316
Telephone: (954) 986-2101
E-Mail: amrootesq@gmail.com

**SERVICE LIST**

Ally Auto
P.O. Box 9001951
Louisville, KY 40290-1951

American Honda Finance
Po Box 1027
Alpharetta, GA 30009

Cap1/Bstby
26525 N Riverwoods Blvd
Mettawa, IL 60045

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Cbna
Po Box 6497
Sioux Falls, SD 57117

Chase Card
Po Box 15298
Wilmington, DE 19850

Comcast
4571 Sheridan Street
Hollywood, FL 33021

Comenity Bank/Express
Po Box 182789
Columbus, OH 43218

Comenity Bank/Vctrssec
Po Box 182789
Columbus, OH 43218

Credit First N A
6275 Eastland Rd
Brookpark, OH 44142

Elan Financial Service
Po Box 790084
Saint Louis, MO 63179

Florida Power and Light
General Mail Facility
Miami, FL 33188

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Maureen Senical
32 Saundra Drive
Westerly, RI 02891

Mcydsnb
9111 Duke Blvd
Mason, OH 45040

Memorial Hospital
3501 Johnston Street
Hollywood, FL 33021

Midland Funding
2365 Northside Drive Sui
San Diego, CA 92108

South Miami Hospital
6200 SW 73rd Street
Miami, FL 33143

Southwest Credit System
4120 International Pkwy
Carrollton, TX 75007

Syncb/Care Credit
Po Box 965036
Orlando, FL 32896

Town of Davie
PO Box 791402
Baltimore, MD 21279-1402

Wells Fargo Bank
PO Box 6995
Portland, OR 97228-6995